UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD GARZA,<br><br>　　　　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 2:18-cv-00995-GMN-PAL<br><br>ORDER |

This is a *pro se* habeas petition pursuant to 28 U.S.C. § 2254 filed by a Nevada state prisoner. The petition has been served on the respondents and is awaiting a response. On September 18, 2018, the Clerk of Court issued a subpoena at the petitioner's request. (ECF No. 12). The subpoena seeks personnel files from the Nye County Sheriff's Office. This Court has not granted petitioner leave to conduct discovery in this case nor has petitioner moved for such. The subpoena was therefore improvidently issued and accordingly shall be QUASHED.

IT IS SO ORDERED.

DATED THIS  18  day of September 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE