UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD GARZA, | Case No. 2:18-cv-00995-GMN-PAL |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 15) is GRANTED. Respondents shall have until November 5, 2018, to file and serve their response to the amended federal habeas petition in this case.

IT IS SO ORDERED.

DATED THIS __24__ day of September 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE