UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EDWARD GARZA,

                           Petitioner,

     v.

BRIAN WILLIAMS, et al.,

                        Respondents.

Case No. 2:18-cv-00995-GMN-PAL

ORDER

Petitioner has filed a motion to conduct discovery, specifically requesting the issuance of a subpoena to the Nye County Sheriff's Office for the personnel files of employee David Boruchowitz. (ECF No. 24). Respondents shall file any opposition to the petitioner's motion within twenty days of the entry of this order.

IT IS SO ORDERED.

DATED THIS __1__ day of __April__ 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE