UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD GARZA,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:18-cv-00995-GMN-BNW<br><br>ORDER |

Petitioner's motion for enlargement of time (ECF No. 30) is GRANTED. Petitioner will have until June 28, 2019, to file a reply to respondents' opposition to petitioner's motion for discovery.

IT IS SO ORDERED.

DATED THIS  14  day of    May    2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE