UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD GARZA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:18-cv-00995-GMN-BNW<br><br>**ORDER** |

Good cause appearing, Petitioner's Unopposed Motion for Extension of Time (ECF No. 36) is GRANTED. Petitioner has until May 7, 2020, to file an amended petition for writ of habeas corpus.

DATED: January 7, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1