# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD GARZA,

        Petitioner,

v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:18-cv-00995-GMN-BNW

**ORDER**

On March 29, 2021, the Court found the petition in this action to be mixed, containing both exhausted and unexhausted claims. (ECF No. 56). On April 19, 2021, petitioner filed a motion to dismiss his unexhausted claims, Grounds 2 and 5(c), so that he may pursue his other remaining claims. (ECF No. 57). No opposition having been filed by respondents and the time for doing so having expired, the petitioner's motion to dismiss (ECF No. 57) is GRANTED.

IT IS THEREFORE ORDERED that Grounds 2 and 5(c) are DISMISSED WITHOUT PREJUDICE as unexhausted and by petitioner's request.

IT IS FURTHER ORDERED that respondents shall have sixty days to answer the remaining claims of the petition in this case.

IT IS FURTHER ORDERED that petitioner shall have thirty days following service of the answer to file and serve a reply brief.

IT IS FURTHER ORDERED that in the answer, respondents shall specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

IT IS FURTHER ORDERED that any further state court record and related exhibits filed herein shall be filed with a separate index of exhibits identifying the exhibits by number. The

///

///

///

1

CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF Number in the record, the first document under each successive ECF Number shall be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF Number thereafter will be listed under an attachment number (i.e., Attachment 1, 2, etc.).

DATED: May 13, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE