# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD GARZA,

              Petitioner,

v.

BRIAN WILLIAMS, et al.,

              Respondents.

Case No. 2:18-cv-00995-GMN-BNW

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF Nos. 59) is GRANTED.  Respondents have until September 10, 2021, to file their answer to the remaining claims of Petitioner's second amended petition for writ of habeas corpus.

DATED: July 30, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1