# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD GARZA, | Case No. 2:18-cv-00995-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF Nos. 61) is GRANTED. Respondents have until November 9, 2021, to file their answer to the remaining claims of Petitioner's second amended petition for writ of habeas corpus.

DATED: September 29, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE