# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDWARD GARZA,

Petitioner,

v.

BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:18-cv-00995-GMN-BNW

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Edward Garza's unopposed first Motion for Extension of Time (ECF Nos. 64) is GRANTED.  Petitioner has until January 10, 2022, to file his reply in support of his second amended petition for writ of habeas corpus.

DATED: December 21, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE